IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 07-00711-CV-W-REL |
| v. | ) ) | C O M P L A I N T |
| ELECTRICAL CORPORATION OF AMERICA, INC., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Robert Stufflebeam who was adversely affected by such practices. The Commission alleges the Electrical Corporation of America, Inc. ("ECA") failed to reasonably accommodate Robert Stufflebeam's disability and failed to hire Mr. Stufflebeam because of his disability.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Missouri, Western Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII , 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, ECA (the "Employer"), continuously has been a Kansas corporation doing business in the State of Missouri and the City of Kansas City, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C.§ 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant Employer has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Robert Stufflebeam filed a charge with the Commission alleging violations of Title I of the ADA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.  Since at least June 27, 2006, Defendant Employer has engaged in unlawful employment practices at its Kansas City, Missouri facility, in violation of Sections 102(a) and (b)(1) and (b)(5)(A) of Title I of the ADA, 42 U.S.C. §§ 12112(a) and (b)(1) and (b)(5)(A),

   (a ) by failing to reasonably accommodate Robert Stufflebeam's disability as part of the hiring process; and

   (b) by failing to hire Mr. Stufflebeam, a qualified individual with a disability, amputation of his right leg above the knee, because of his disability.

9.  The effect of the practices complained of in paragraph 8 above has been to deprive Robert Stufflebeam of equal employment opportunities and otherwise adversely affect his status as an employee, because of his disability.

10. The unlawful employment practices complained of in paragraph 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Robert Stufflebeam.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from unlawfully failing to accommodate known disabilities of its applicants and employees, failing to hire qualified applicants with disabilities, and engaging in any other employment practice that discriminates on the basis of disability.

B.  Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant Employer to make whole Mr. Stufflebeam, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, rightful place hire.

D.  Order Defendant Employer to make whole Robert Stufflebeam by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including medical expenses not covered by the Employer's employee benefit plan, in amounts to be determined at trial.

E.  Order Defendant Employer to make whole Robert Stufflebeam by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including damages for emotional pain, suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

F.  Order Defendant Employer to pay Robert Stufflebeam punitive damages for its malicious and reckless conduct, as described in paragraph 8 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

        Ronald S. Cooper
        General Counsel

        James Lee
        Deputy General Counsel

        Gwendolyn Young Reams
        Associate General Counsel


        /s/ Jean P. Kamp
        Jean P. Kamp
        Acting Regional Attorney


        /s/ Barbara Seely
        Barbara Seely
        Supervisory Trial Attorney


        /s/ Anne E. Gusewelle
        Anne E. Gusewelle
        Senior Trial Attorney


        EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION

        Kansas City Area Office
        Gateway Tower II
        4th and State Avenue, 9th Floor
        Kansas City, Kansas 66101
        Tel. (913) 551-5844
        Fax (913) 551-6957